

# Exelon Nuclear

# General Employee Training (N-GET) Study Guide



EXHIBIT
Vickers 8
db 9-28-07

## Rev. 27 – July 2003

DEFENDANTS' EXHIBIT 5

Rev. 27

000 223

## J. POSTINGS

*Define and recognize radiological areas and postings*

- **Radiologically Controlled Area** - an area with limited access to protect individuals from exposure to radiation and/or radioactive material.

- **Radiation Area** - an area with a dose rate greater than 5 but less than 100 millirem per hour at 30 cm (1 ft.) from the source of radiation. 

- **High Radiation Area (HRA)** - an area with a dose rate greater than 100 millirem and less than 1,000 millirem per hour at 30 cm from the source of radiation. Barricades/Barriers for HRAs shall <u>NOT</u> be left open or defeated. Only RP personnel are authorized to change the position of radiological boundaries. An ALARA brief is required prior to entering this type of area. 

- **Locked High Radiation Area** - an area where you can receive greater than 1,000 millirem per hour in the general area. The access is locked due to the high dose rates.

- **Very High Radiation Area** - an area that has dose rates greater than 500 rads per hour at 1 meter from the source of radiation. 
  This is the only posting that uses the words, "Grave Danger."

- **Airborne Radioactivity Area** - an area containing airborne radioactivity that exceeds 0.30 DAC or 30% of a DAC.

- **Radioactive Materials (RAM)** - an area where radioactive material may be found in excess of 10CFR20 limits. 

- **Radioactive Materials (Storage) Area** - an area or room used to store radioactive materials.

- **Hot Spot** - a localized source of radiation that is five times greater than the general background and is at least 100 millirem per hour.

- **Low Dose Area** – this is an area that has the lowest dose rate in the general area that workers can utilize to keep their dose ALARA.

- **Discrete Radioactive Particle Areas** – areas that are established to control the spread of discrete radioactive particles are posted as:
  - **Red Zone** – an area where discrete radioactive particles are present
  - **Yellow Zone** – an area that surrounds the Red Zone to control the spread of discrete radioactive particles.

- **Radiography in Progress** – and area where radiography is occurring and access of personnel is controlled.