10549-R0923
G:\23\R0923\R0923PMI 017
TKH:jeg

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HENRY KOESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 06-3124 |
| | ) |
| AMERGEN ENERGY COMPANY, LLC | ) |
| and EXELON CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STRIKE AFFIDAVIT OF NICK SCHIRO AND STATEMENTS OF NICK SCHIRO INCLUDED IN PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

NOW COME the Defendants, AMERGEN ENERGY COMPANY, LLC, and EXELON CORPORATION, by JAMES C. KEARNS and TAMARA K. HACKMANN, of Heyl, Royster, Voelker & Allen P.C., and RALPH H. JOHNSON, of Blank Rome LLP, their attorneys, for their Motion to Strike Affidavit of Nick Schiro and Statements Of Nick Schiro Included In Plaintiff's Response to Motion For Summary Judgment, state as follows:

1. Plaintiff filed his Response to Motion for Summary Judgment on December 3, 2007. (Docket 41).

2. In his response, Plaintiff states:

According to Attorney Schiro's affidavit, Dr. Fletcher relayed his initial opinion to Mr. Schiro indicating that the biopsy results were consistent with a radiation induced neuropathy. He said the pattern of the axonal loss exceeded what was expected with diabetic neuropathy alone.

See Plaintiff's Response, page 5.

3. Attorney Schiro's affidavit states:

1

> I was informally advised by Dr. Fletcher that he believed the biopsy results were consistent with radiation induced neuropathy

See Plaintiff's Response, Exhibit 3 (Docket 41-3).

4. Attorney Schiro's statements about information purportedly conveyed by Dr. Fletcher is classic hearsay for which there is no exception.

5. Attorney Schiro's hearsay statements should be stricken and disregarded because they are not competent evidence that can be used to create a genuine issue of fact. Eisenstadt v. Centel Corp., 113 F.3d 738, 742 (7th Cir. 1997)("hearsay is inadmissible in summary judgment proceedings to the same extent that it is inadmissible in a trial").

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the court enter an order striking Attorney Nick Schiro's affidavit and striking any reference thereto in Plaintiff's Response to Motion for Summary Judgment.

s/ Tamara K. Hackmann
James C. Kearns
Tamara K. Hackmann
Attorney for Defendant
Heyl, Royster, Voelker & Allen
102 E. Main Street, Suite 300
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone/217-344-9295 Fax
E-mail: jkearns@hrva.com

Ralph H. Johnson
Attorney for Defendants
Blank Rome LLP
Watergate
600 New Hampshire Avenue, NW
Washington D.C., 20037
202-772-5973 Phone/202-772-1684 Fax
E-mail: JohnsonRH@BlankRome.com

## **PROOF OF SERVICE**

      I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Nicholas M. Schiro
Tuggle, Schiro & Lichtenberger
P.O. Box 1726
Danville, IL  61834

Mr. John H. Otto
Attorney at Law
Zimmerly, Gadau, Selin & Otto
116 North Chestnut, Suite 200
P.O. Box 3998
Champaign, IL  61826-3998

                                         s/Tamara K. Hackmann
                                         Attorney for Defendants
                                         Heyl, Royster, Voelker & Allen
                                         Suite 300
                                         102 E. Main Street
                                         P.O. Box 129
                                         Urbana, IL 61803-0129
                                         217-344-0060 Phone
                                         217-344-9295 Fax
                                         E-mail: jkearns@hrva.com